**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Hiram Daniel Moran-Zepeda**<br>DOB: 2003; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **24-08925 MJ** |

Complaint for violation of Title 31, United States Code §§ 5316 and 5332

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 19, 2024, at or near Nogales, in the District of Arizona, **Hiram Daniel Moran-Zepeda** did knowingly conceal more than ten thousand dollars ($10,000) in currency or other monetary instruments, that is approximately $34,025 in United States currency, on the person of such individuals or in any conveyance, article of luggage, merchandise, or other container, and did knowingly attempt to transport and transfer such currency or monetary instruments from the United States, that is, Nogales, Arizona, to a place outside of the United States, that is, Nogales, Sonora, in the Republic of Mexico, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332 and Title 31 of the Code of Federal Regulations, Section 1010.340(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 19, 2024, U.S. Customs and Border Protection Officers were conducting outbound Contraband Enforcement Team operations at the DeConcini Port of Entry in Nogales, Arizona. At approximately 8:00 p.m., Customs and Border Protection (CBP) officers observed a male subject who was later identified as Hiram Daniel MORAN-Zepeda approaching the outbound DeConcini pedestrian gate. MORAN was traveling alone on foot at a rapid pace and carrying a small cardboard box. When officers asked if MORAN intended to cross into Mexico, MORAN responded in the affirmative. Officers asked MORAN if he had any currency in excess of $10,000, weapons, or ammunition. MORAN did not provide a clear answer and attempted to walk backwards and pull away. Officers detained MORAN and conducted an immediate pat down for weapons and officer safety. During the pat down, officers felt unnatural anomalies on MORAN's person in the area around his ankles. A CBP canine conducted a sniff and alerted to a trained odor emanating from MORAN's ankle area. Officers searched MORAN and discovered U.S. currency concealed around his ankles and inside the cardboard box he was carrying. The U.S. currency found on MORAN and in the box totaled $34,025.00. After officers found the currency, MORAN told them the money was proceeds from selling a car.

After waiving his *Miranda* rights, MORAN admitted he knew it was illegal not to declare monies more than $10,000. MORAN told interviewing agents that he sold some property in Nogales, Mexico. MORAN said the buyer sent him to Phoenix to pick up his payment for the property. MORAN also said that the buyer traveled to Phoenix and gave him the money there. MORAN took a shuttle to Phoenix while the buyer traveled to Phoenix separately. MORAN didn't have an explanation when agents asked him why he didn't travel to Phoenix with the buyer or why the buyer didn't pay MORAN in Mexico. MORAN gave agents consent to search his phone. Agents reviewed his phone and found numerous messages about buying and selling weapons.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>JULIO D GARCIA  *Digitally signed by JULIO D GARCIA  Date: 2024.05.20 08:49:10 -07'00'* |
|---|---|
| | OFFICIAL TITLE & NAME:<br>Special Agent Julio Garcia<br>Homeland Security Investigations |
| **Sworn to telephonically.**<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 20, 2024 |

[1]  See Federal rules of Criminal Procedure Rules 3, 4.1 and 5
Reviewed by AUSA: F. Kreamer Hope